DANIEL G. BOGDEN
United States Attorney
Nevada State Bar No. 2137
MICHAEL A. HUMPHREYS
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336 Facsimile: (702) 388-6787
Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| $319,614.84 IN UNITED STATES CURRENCY, | )  2:13-CV-1458 |
| Defendant. | ) |

**UNITED STATES' UNOPPOSED MOTION**
**TO CONTINUE THE CAFRA DEADLINE**

The United States of America by and through Daniel G. Bogden, United States Attorney for the District of Nevada and Michael A. Humphreys, Assistant United States Attorney, respectfully moves this Court to grant a thirty-day extension of the CAFRA deadline, which, in the above-captioned case, obligates the Government to file its complaint for forfeiture, *in rem*, no later than August 14, 2013. Under the procedural rules of civil forfeiture, codified at 18 U.S.C. § 983, once a putative claimant files an administrative claim with the seizing agency, the United States has ninety days to commence a civil forfeiture action. Because the multiple claimants filed their claims with the Internal Revenue Service on either May 20th or May 21st, 2013 the Government must file its complaint no later than August 14, 2013.

1  For its grounds, the United States says that the undersigned Assistant United States
2  Attorney assigned to this case just learned on Monday August 12, 2013, that the case had
3  been assigned to him. Undersigned counsel was outside of the office for two weeks, from
4  July 29 until August 12 and was unaware that he had been assigned the case until his return
5  to the office on August 12th. (The case had been previously assigned to another attorney in
6  the office who was the wrong person assigned because she does not handle cases of this
7  nature.)

8  This case is complex in that it involves the seizure of approximately 20 bank accounts
9  and nine people have made claims. The Government's theory is that the claimants were
10 involved in numerous instances of money laundering which justifies the forfeiture of the
11 seized funds. In preparing to file the Government's complaint, counsel for the Government
12 will need to analyze several bank records as well as interview numerous law enforcement
13 personnel. Counsel for the Government cannot accomplish that task in the two days left (by
14 August 14, 2013) to file its complaint.

15 Section 983(a)(3)(A) permits the extension of the deadline with the consent of the
16 parties. Government counsel has spoken to Patricia Marr, lawyer for the claimants, and she
17 has given Government counsel permission to inform the Court, through this motion, that she
18 consents to this motion.

19 This motion is not submitted solely for the purpose to delay or for any other improper
20 purpose.

WHEREFORE, the United States moves this Court to grant its motion to extend the time for the United States to file its complaint in this matter an additional thirty (30) days; or until September 14, 2013.

DATED this 13th day of August 2013.

                        Respectfully submitted,
                        DANIEL G. BOGDEN
                        United States Attorney

                        /s/Michael A. Humphreys
                        MICHAEL A. HUMPHREYS

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____

CERTIFICATE OF SERVICE

It is hereby certified that service of the foregoing UNITED STATES' UNOPPOSED MOTION TO CONTINUE THE CAFRA DEADLINE was made by sending a copy of same by first class mail, addressed to the following addressee, on this 14th day of Augsut, 2013:

Patricia A. Marr
Law Offices of Patricia Marr
4305 Dean Martin Dr.
Suite 185
Las Vegas, NV 89103

                        /s/ Ray Southwick